1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  RYAN T. BRICKER (State Bar No. 269100)
   BEATRICE O'NEIL STRNAD (State Bar No. 327791)
3  Nineteenth Floor, Two Embarcadero Center
   San Francisco, California  94111
4  Telephone:   (415) 576-0200
   Facsimile:   (415) 576-0300
5  Email:      gilchrist@kilpatricktownsend.com
               rbricker@kilpatricktownsend.com
6              bstrnad@kilpatricktownsend.com

7  Attorneys for Plaintiff
   PATAGONIA, INC.

8

9

10              **UNITED STATES DISTRICT COURT**

11           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12              **WESTERN DIVISION – LOS ANGELES**

13  PATAGONIA, INC.,                    Case No. 2:21-cv-03844-FMO-KK

14          Plaintiffs,                 **FINAL JUDGMENT AND
                                        PERMANENT INJUNCTION**
15      v.

16  SOCIAL OCTANE, LLC AND
    MADISON LENBERG,
17
            Defendants.
18

19

20      Plaintiff Patagonia, Inc. ("Patagonia") has filed a Complaint alleging

21  trademark infringement, trademark dilution, and unfair competition under federal

22  and state law; copyright infringement under federal law; and breach of contract

23  under state law against co-defendants Social Octane, LLC ("Social Octane") and

24  Madison Lenberg ("Ms. Lenberg") (collectively, "Defendants").  After Ms.

25  Lenberg's prior company, OC Media, LLC, settled a prior dispute and lawsuit with

26  Patagonia about the production, promotion, and sale of PETROGONIA-branded

27  product bearing designs that imitate Patagonia's Fitz Roy Design logo, Defendants

28  resumed using the infringing and diluting PETROGONIA name and design.



1  Defendants consent to entry of judgment and a permanent injunction.

2      The Court now enters final judgment based upon the following undisputed

3  facts.  Each party has waived the right to appeal from this final judgment, and each

4  party will bear its own fees and costs in connection with this action.

5  **I.    FACTS AND CONCLUSIONS**

6      A.    This Court has subject matter jurisdiction over this lawsuit and personal

7  jurisdiction over Defendants.  Venue is proper in this Court.

8      B.    Patagonia owns numerous registrations for the PATAGONIA

9  trademark, and for its distinctive logo depicting the Mt. Fitz Roy skyline (the "Fitz

10  Roy Design"), for a wide-ranging assortment of products.  Among these are the

11  following U.S. trademark registrations:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402/ February 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear. | 08/1974 |
| | 1294523/ September 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |
| | 1547469 / July 11, 1989 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Shirts, Sweaters, Vests, Skirts, Underwear Tops and Bottoms, Socks, Gloves, Mittens, Hats, Face Masks, Balaclava, Gaiters, Suspenders, and Belts | 08/1974-1981 |

FINAL JUDGMENT AND PERMANENT INJUNCTION
CASE NO. 2:21-cv-03844-FMO-KK

- 2 -

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| | 1775623/ June 8, 1993 | Luggage back packs, and all-purpose sports bags | 08/1988 |
| **PATAGONIA** | 1811334/ December 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| **PATAGONIA** | 2260188/ July 13, 1999 | Computerized on-line ordering activities in the field of clothing and accessories; Providing information in the field of technical clothing and accessories for use in recreational, sporting and leisure activities; providing information in the field of existing and evolving environmental issues | 10/1995 |
| **PATAGONIA.COM** | 2392685/ October 10, 2000 | On-line retail store and mail order services featuring technical clothing, footwear, and accessories; Computer services in the nature of on-line information related to the environment and clothing | 10/1995 |
| **PATAGONIA** | 2662619/ December 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |

These registrations are in full force and effect, and have become incontestable under 15 U.S.C. § 1065.  Collectively, these marks, Patagonia's other registered trademarks, and its common law marks are referred to as the "PATAGONIA trademarks."  Patagonia also owns a registered copyright (Registration No. VA 1-

1  801-788) for the Fitz Roy Design logo.  A color image of the Fitz Roy Design logo

2  follows:



8        C.     Defendants have promoted, offered for sale, and sold – directly and/or

9  in concert with co-defendant Crude Humor Clothing, Ltd. – products, including

10  apparel, accessories, and stickers, bearing the PETROGONIA name and brand

11  together with a design that is nearly identical to the Fitz Roy Design logo (the

12  "Petrogonia Design").  Examples of products bearing the Petrogonia Design follow:

 



**II.     FINAL JUDGMENT, PERMANENT INJUNCTION, AND AWARD**

It is hereby ordered and adjudged as follows:

A.     Judgment is entered in favor of Patagonia against Defendants. Defendants shall be jointly and severally liable to Patagonia in the amount of $25,000.

B.     Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Defendants, their principals, officers, agents, employees, attorneys, successors, assigns, affiliates, joint ventures, and any person(s) in active concert or participation with Defendants, and/or any person(s) acting for, with, by, through, or under Defendants' control, who receive(s) actual notice of this Order, are hereby permanently enjoined and restrained, anywhere in the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

1.     Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that bear the "Petrogonia" name or Petrogonia Design;

2.     Manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resemble the PATAGONIA trademarks as to be likely to cause confusion, mistake, or deception, on or in connection with any product that is not authorized by or for Patagonia;

3.     Using any word, term, name, symbol, device, or combination thereof that causes or is likely to cause confusion, mistake, or deception as to the affiliation or association of Defendants or their products or services with Patagonia, or as to the origin of Defendants' goods or services, or any false designation of origin, false or misleading description or representation of fact, or any false or misleading advertising;

4.     Further infringing the rights of Patagonia in and to its



FINAL JUDGMENT AND PERMANENT INJUNCTION                          - 5 -
CASE NO. 2:21-cv-03844-FMO-KK

1  PATAGONIA trademarks, or otherwise damaging Patagonia's goodwill or business
2  reputation;

3          5.    Further infringing Patagonia's copyright rights, including its
4  rights in the Fitz Roy Design logo, or otherwise infringing any of Patagonia's rights
5  under the Copyright Act and any other source of federal or state law;

6          6.    Otherwise competing unfairly with Patagonia in any manner; and

7          7.    Assisting, aiding or abetting any person or entity engaging in or
8  performing any act prohibited by this paragraph.

9        B.    This is a final judgment as to all claims asserted against Defendants
10  related to products bearing the Petrogonia Design, sold prior to the date of entry of
11  this Final Judgment and Permanent Injunction.  Both parties shall bear their own
12  costs.

13        C.    If Patagonia commences an action for enforcement of this Judgment,
14  the prevailing party shall be awarded reasonable attorneys' fees and costs from the
15  other party, for both the action enforcing this Judgment and the underlying
16  litigation.

17  Dated:  July 21, 2021

18

19                         _____/s/_____
20                         Hon. Fernando M. Olguin
                          United States District Judge

21

22

23

24

25

26

27

28

